■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFRED POJE, Appellant. [619 NYS2d 662] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Mullen, J.), rendered September 30, 1992, convicting him of assault in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The issue of the legal sufficiency of the evidence was not preserved for appellate review *(see,* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the People *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. While the defendant maintains that he cannot be found guilty of assault in the second degree because he lacked the requisite intent, resolution of this issue, as well as the weight to be accorded to the evidence presented, lay with the trial court, who saw and heard the witnesses *(see, People v Gaimari,* 176 NY 84, 94). Its determination is entitled to great weight on appeal and should not be disturbed unless clearly unsupported by the record *(see, People v Garafolo,* 44 AD2d 86). Upon the exercise of our factual review power, we are satisfied that the verdict is not against the weight of the evidence *(see,* CPL 470.15 [5]).

We find that the sentence imposed was not excessive *(see, People v Suitte,* 90 AD2d 80). Mangano, P. J., Thompson, Copertino and Hart, JJ., concur.